*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for appellant.

*Theodore H. Lord* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

CENTRAL TRUST AND SAVINGS COMPANY, Respondent, *v.* WATERBURY COMPANY, Appellant.

*Principal and agent — money loaned through third person — when such person not agent of lender to receive repayment.*

*Central Trust & Savings Co.* v. *Waterbury Co.*, 203 App. Div. 602, affirmed.

(Argued October 22, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered February 27, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of defendant entered upon the report of a referee and directing judgment in favor of plaintiff upon additional findings. The action was to recover money loaned to defendant through a third person without personal negotiation between plaintiff and defendant. The defense was that the said third person had been paid in full the amount of the loan. The question was whether he was the agent of the plaintiff to receive the money.

*Charles Capron Marsh* for appellant.

*Clifton P. Williamson* and *Edward W. Bourne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.